NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**ROCHESTER HOLMES,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

—————————

2014-3127

—————————

Petition for review of the Merit Systems Protection Board in No. AT-0831-13-0622-I-3.

—————————

**ON MOTION**

—————————

**O R D E R**

Rochester Holmes moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                    HOLMES v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24